IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL A. LIBERTY; KIERAN J. DALE, KEYSTONE V PARTNERS, L.P., KEYSTONE VENTURE MANAGEMENT HOLDING, INC., KEYSTONE V MANAGEMENT CO., INC., JOHN R. REGAN, AND PETER E. LIGETI** | : | NO. 06-1030 |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 10th day of March, 2006, upon review of the Complaint, the separate Consents of defendants, Kieran J. Dale, Keystone V Partners, L.P., Keystone Venture Management Holding, Inc., Keystone V Management Co., Inc., John R Regan, and Peter E. Ligeti, and the separate Final Judgments as to defendants, Kieran J. Dale, Keystone V Partners, L.P., Keystone Venture Management Holding, Inc., Keystone V Management Co., Inc., John R Regan, and Peter E. Ligeti, there being no Consent or Final Judgment with respect to the remaining defendant, Michael A. Liberty, **IT IS ORDERED** that on or before March 14, 2006, plaintiff, Securities and Exchange Commission, shall file and serve a memorandum in which it sets forth further proceedings that must be scheduled in the case with a proposed schedule. One (1) copy of the memorandum with proposed schedule shall be served on the Court (Chambers, Room 12613) when the original is filed.

**IT IS FURTHER ORDERED** that copies of this Order shall be served on counsel for the Securities and Exchange Commissions and counsel for defendant, Michael A. Liberty, Daniel

Horwitz, Esquire, at Carter, Ledyard & Milburn, LLP, 2 Wall Street, New York, New York 10005.

**BY THE COURT:**


_/s/ Honorable Jan E. DuBois_
**JAN E. DUBOIS, J.**