# SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>v.<br><br>MICHAEL A. LIBERTY | CIVIL ACTION NO. 06-1030<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>MICHAEL A. LIBERTY<br><br>c/o DANIEL J. HORWITZ, ESQUIRE<br>    Dickstein Shapiro Morin & Oshinsky<br>    1177 Avenue of the Americas<br>    New York, NY  10036-2714 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

KINGDON KASE, ESQ.
MELLON INDEPENDENCE CTR.
701 MARKET STREET, STE 2000
PHILADELPHIA, PA 19106

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: MARCH 8, 2006 |

(By) Deputy Clerk

*[signature]*
KIMBERLY SCOTT

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 15, 2006 |
| NAME OF SERVER (PRINT) CAROL A. RUDNICK | TITLE PARALEGAL SPECIALIST |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): On March 13, 2006 the Complaint and related summons issued to Michael A. Liberty were served upon Daniel Horwitz, Mr. Liberty's appointed agent authorized to receive service on his behalf, via Federal Express (Signed for by J. Alvarez).

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                      *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.