# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL A. LIBERTY; KIERAN J. DALE, KEYSTONE V PARTNERS, L.P., KEYSTONE VENTURE MANAGEMENT HOLDING, INC., KEYSTONE V MANAGEMENT CO., INC., JOHN R. REGAN, AND PETER E. LIGETI** | : | NO. 06-1030 |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 12th day of April, 2006, upon consideration of a status report from plaintiff dated April 11, 2006,[1] **IT IS ORDERED** that the parties, through counsel, shall file and serve a supplemental status report on or before June 30, 2006.

Pursuant to the agreement of the parties, **IT IS FURTHER ORDERED** that the time for filing an answer to the Complaint is **EXTENDED** until further order of the Court.

**IT IS FURTHER ORDERED** that the Court will conduct a scheduling conference, if necessary, upon receipt of the aforementioned status report.

                **BY THE COURT:**

                **/s/ Honorable Jan E. DuBois**
                **JAN E. DUBOIS, J.**

---

[1] The status report was contained in a letter dated April 11, 2006. A copy of the letter shall be docketed by the Deputy Clerk.