

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
PHILADELPHIA DISTRICT OFFICE
MELLON INDEPENDENCE CENTER
701 MARKET STREET
SUITE 2000
PHILADELPHIA, PENNSYLVANIA 19106-1532

KINGDON KASE
SENIOR TRIAL COUNSEL
*(215) 597-0794*
*kasek@sec.gov*



06-1030

April 11, 2006

**FILED**
APR 12 2006
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk



VIA FACSIMILE (215) 580-2141
and FIRST CLASS MAIL

Honorable Jan E. DuBois
12613 United States Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    **SEC v. Michael A. Liberty, et al.**
            Civil Action No. 06-1030 (E.D. PA) (JD)

Dear Judge DuBois,

    I am writing in response to your Order, issued March 14, 2006, in which you directed the parties to file a supplemental status report on or before April 20, 2006. As Your Honor knows, only one defendant in this case, Michael A. Liberty, has not consented to the Court's entry of a Final Judgment against him. Consents to the entry of Final Judgments have been executed by all of the other defendants. Those Consents, together with the respective Final Judgment Orders, were previously submitted to the Court.

    Counsel for the Commission and Mr. Liberty have conferred and are continuing to explore the possibility of settlement. Pursuant to those settlement discussions, Mr. Liberty has agreed to submit to Commission counsel, by April 24, 2006, financial disclosure forms and supporting documentation, and subsequently to submit to a financial deposition, in order to permit Commission counsel to evaluate his financial condition. Commission counsel expects that it will need approximately sixty days from receipt of Mr. Liberty's financial information to evaluate that information and to conduct Mr. Liberty's financial deposition. In addition, Commission counsel has agreed to an extension of time until June 23, 2006 for Mr. Liberty to file an answer to the Complaint.

Honorable Jan E. DuBois
April 11, 2006
Page 2

    I am available to discuss this matter further if Your Honor would like. Thank you for your consideration.

                                                  Very truly yours,

                                                  Kingdon Kase
                                                Senior Trial Counsel

cc:    Daniel Horwitz, Esquire (via facsimile)



# U.S. SECURITIES AND EXCHANGE COMMISSION
Mellon Independence Center
Suite 2000
701 Market Street
Philadelphia, PA 19106
(215) 597-3100
FAX (215) 597-2740
(if busy, (215) 446-4271)

DATE: April 11, 2006

Page __1__ of __3__ Page(s)

*Please deliver the following pages immediately to:*

| | |
|---|---|
| **Name:** | HONORABLE JAN E. DuBOIS |
| **Firm:** | 12613 UNITED STATES COURTHOUSE |
| | 601 MARKET STREET |
| **City/State:** | PHILADELPHIA, PA 19106 |
| **Phone Number:** | |
| **Fax Number:** | (215) 580-2141 |
| **From:** | KINGDON KASE, SENIOR TRIAL COUNSEL |
| **Phone Number:** | 215 - 597 - 0794 |
| **Description of Materials:** | SEC files Complaint in Eastern District of PA, **SEC v. MICHAEL A. LIBERTY, ET AL.**, Civil Action No. 06 - 1030 (E.D. PA) |
| **Remarks:** | SUPPLEMENTAL STATUS REPORT |

If there is any imperfection in the transmission, please call the individual identified below.

Sent by:  Carol A. Rudnick, Paralegal Specialist    Phone:  215-597-3543
                                                    Fax:    215-597-2740

*Confidentiality Note:* This facsimile is intended only for the person to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this facsimile or the information herein by anyone other than the intended recipient, is prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the facsimile by mail.