# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA



SECURITIES AND EXCHANGE
COMMISSION,
    Plaintiff,

vs.

MICHAEL J. LIBERTY, KIERAN J. DALE,
KEYSTONE V PARTNERS, L.P.,
KEYSTONE VENTURE MANAGEMENT
HOLDINGS, INC., KEYSTONE V
MANAGEMENT COMPANY, INC.,
JOHN R. REGAN AND PETER E. LIGETI,
    Defendants.

CIVIL ACTION NO. 06-1030

## SATISFACTION OF JUDGMENT FOR PETER E. LIGETI

TO THE CLERK OF THE COURT:

Please mark the judgment entered in the above-captioned matter as against Peter E. Ligeti satisfied.

Respectfully submitted,

COZEN O'CONNOR, P.C.

By: _____
H. ROBERT FIEBACH, ESQUIRE
JOHN P. JOHNSON, JR., ESQUIRE
Attorneys for Peter E. Ligeti

## SATISFACTION OF JUDGMENT

AND NOW, this _____ day of _____, 2006, the judgment in the above-captioned matter as against Peter Ligeti is satisfied.

_____
MICHAEL E. KUNZ, Clerk of Court
United States District Court for the Eastern District
of Pennsylvania