IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MICHAEL A. LIBERTY,
KIERAN J. DALE,
KEYSTONE V PARTNERS, L.P.,
KEYSTONE VENTURE MANAGEMENT
HOLDINGS, INC.,
KEYSTONE V MANAGEMENT CO., INC.,
JOHN R. REGAN, and
PETER E. LIGETI,

    Defendants.

CIVIL ACTION

Case No.: 06-1030

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter our appearance on behalf of Defendant Michael A. Liberty in the above matter.

_____
Jay A. Dubow (PA Attorney I.D. #41741)
Brian J. Slipakoff (PA Attorney I.D. #91850)

Attorneys for Defendant Michael A. Liberty

Of Counsel:

WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
(215) 977-2000

Dated: May 8, 2006

# CERTIFICATE OF SERVICE

I, Brian J. Slipakoff, hereby certify that on May 8, 2006, I caused a true and correct copy of the foregoing Entry of Appearance to be served via first-class mail, postage pre-paid to the following:

>Amy Greer, Esquire
>Kingdon Kase, Esquire
>David S. Horowitz, Esquire
>U.S. Securities and Exchange Commission
>701 Market Street, Suite 2000
>Philadelphia, PA 19106

_____
Brian J. Slipakoff, Esquire