DATE OF NOTICE:            August 29, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Securities and Exchange Commission | : | |
| | : | |
| vs. | : | |
| | : | Civil Action No. 06-1030 |
| Michael A. Liberty, Kieran J. Dale, | : | |
| Keystone V Partners, L.P., Keystone | : | |
| Venture Management Co., Inc., | : | |
| John R. Regan, and Peter E. Ligeti | : | |

**NOTICE**

Please be advised that a **PRELIMINARY PRETRIAL CONFERENCE** will be held by telephone on **Wednesday, October 11, 2006 at 5:00 P.M.,** with the Honorable Jan E. DuBois. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (215) 597-5579.

Attached is the Court's Scheduling and Discovery Policy and a Conference Information Report which you are required to complete and forward to the Court **at least two days prior to** the day of the conference. Do not have this Report docketed. You are also required to comply with the provisions of F.R.C.P. 26 (f) regarding a conference of the parties and submission of a report outlining a proposed case management plan.

If trial counsel in this case is on trial in a Court of record at the time of the conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only in exceptional cases.

_____
Andrew J. Follmer
Deputy Clerk to Judge DuBois
267-299-7339

cc: Kingdon Kase, Esquire
    Brian J. Slipakoff, Esquire
    Jay DuBow, Esquire
    H. Robert Fiebach, Esquire

Attachment