DATE OF NOTICE:        August 30, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| Securities and Exchange Commission | : | |
| | : | |
| vs. | : | Civil Action No. 06-1030 |
| | : | |
| Michael A. Liberty, Kieran J. Dale, | : | |
| Keystone V Partners, L.P., Keystone | : | |
| Venture Management Co., Inc., | : | |
| John R. Regan, and Peter E. Ligeti | : | |


## AMENDED NOTICE


Please be advised that a **PRELIMINARY PRETRIAL CONFERENCE** will be held by telephone on **Friday, October 13, 2006 at 5:00 P.M.,** with the Honorable Jan E. DuBois. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (215) 597-5579.

If trial counsel in this case is on trial in a Court of record at the time of the conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only in exceptional cases.


_____
Andrew J. Follmer
Deputy Clerk to Judge DuBois
267-299-7339


cc: Kingdon Kase, Esquire
    Brian J. Slipakoff, Esquire
    Jay DuBow, Esquire
    H. Robert Fiebach, Esquire

Attachment