DATE OF NOTICE:        October 10, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Securities and Exchange Commission :
:
    vs. :
: Civil Action No. 06-1030
Michael A. Liberty, Kieran J. Dale, :
Keystone V Partners, L.P., Keystone :
Venture Management Co., Inc., :
John R. Regan, and Peter E. Ligeti :

## AMENDED NOTICE

Please be advised that a **PRELIMINARY PRETRIAL CONFERENCE** will be held by telephone on **Monday, November 6, 2006 at 5:00 P.M.,** with the Honorable Jan E. DuBois. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (215) 597-5579.

If trial counsel in this case is on trial in a Court of record at the time of the conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only in exceptional cases.

_____
Andrew J. Follmer
Deputy Clerk to Judge DuBois
267-299-7339

cc: Kingdon Kase, Esquire
    Brian J. Slipakoff, Esquire
    Jay DuBow, Esquire
    H. Robert Fiebach, Esquire

Attachment