IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

    v.

MICHAEL A. LIBERTY,
KIERAN J. DALE,
KEYSTONE V PARTNERS, L.P.,
KEYSTONE VENTURE MANAGEMENT
HOLDINGS, INC.,
KEYSTONE V MANAGEMENT CO., INC.,
JOHN R. REGAN and
PETER E. LIGETTI,

          Defendants.

Civil Action No. 06-1030

## CHANGE OF ADDRESS

TO THE CLERK OF THE COURT:

    Kindly change the address of Jay A. Dubow as counsel of record for Defendant Michael A. Liberty in the above captioned case to:

        PEPPER HAMILTON LLP
        3000 Two Logan Square
        Eighteenth and Arch Streets
        Philadelphia, PA 191003-2799
        215-981-4713 (phone)
        215-981-4750 (fax)
        dubowj@pepperlaw.com

_____
Jay A. Dubow
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215-981-4713 (phone)
215-981-4750 (fax)
dubowj@pepperlaw.com

Dated: March 27, 2007     Attorney for Defendant Michael A. Liberty

## CERTIFICATE OF SERVICE

I certify that on March 27, 2007, I caused a true and correct copy of the foregoing Change of Address to be served upon the following counsel of record by United States mail, first class postage prepaid, as follows:

Kingdon Kase
United States Securities and Exchange Commission
701 Market Street, Suite 2000
Philadelphia, PA 19106

Nicole G. Tell