IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 06-1030 (JD) |
| MICHAEL A. LIBERTY, KIERAN J. DALE, KEYSTONE V PARTNERS, L.P., KEYSTONE VENTURE MANAGEMENT HOLDINGS, INC., KEYSTONE V MANAGEMENT CO., INC., JOHN R. REGAN and PETER E. LIGETI | : | |
| Defendant | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURTS:

    Kindly enter my appearance on behalf of defendant Michael A. Liberty.

    Respectfully submitted,

/s/ Nicole G. Tell
Nicole G. Tell (PA # 202654)
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4718

Dated: May 21, 2007    Attorney for Defendant

# CERTIFICATE OF SERVICE

I, Nicole G. Tell, hereby certify that on May 21, 2007, a true and correct copy of the foregoing Entry of Appearance was served upon the following individual via ECF:

Kingdon Kase, Esq.
Securities and Exchange Commission
Philadelphia District Office
Mellon Independence Center
701 Market Street, Suite 2000
Philadelphia, PA 19106-1532

/s/ Nicole G. Tell