# Pepper Hamilton LLP
## Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

Jay A. Dubow
direct dial: 215-981-4713
dubowj@pepperlaw.com

JAN 1 7 2007



January 15, 2008

**Via Hand Delivery**

The Honorable Jan E. Dubois
United States District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 12613
Philadelphia, PA 19106-1721

**FILED**

JAN 2 2008

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Re: <u>Securities and Exchange Commission v. Liberty, et al.</u>
<u>No. 06-1030</u>

Dear Judge Dubois:

The parties in the above action have had somewhat protracted settlement discussions due to the defendant's retention of a forensic accountant to analyze his rather complicated assets and liabilities. Both sides agree, however, that the retention of this accountant has greatly assisted the parties' settlement discussions.

While the discussions have been productive, both sides agree that an extension of the current January 28, 2008 fact discovery deadline by 60 days should allow the parties the time to finalize their discussions and hopefully reach a settlement of the matter.

Respectfully,

Jay A. Dubow

JAD:ptc
cc: Kingdon Kase, Esquire
(.pdf via e-mail)