# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CIVIL ACTION |
| Plaintiff, | |
| | Case No.: 06-1030 |
| v. | |
| MICHAEL A. LIBERTY, | |
| KIERAN J. DALE, | |
| KEYSTONE V PARTNERS, L.P., | |
| KEYSTONE VENTURE MANAGEMENT HOLDINGS, INC., | |
| KEYSTONE V MANAGEMENT CO., INC., | |
| JOHN R. REGAN, and | |
| PETER E. LIGETI, | |
| Defendants. | |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE COURT:

    Please withdraw my appearance on behalf of Defendant Michael A. Liberty in the above matter.

                                          s/ Brian J. Slipakoff
                                          Brian J. Slipakoff (PA Attorney I.D. #91850)

Of Counsel:

WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
(215) 977-2000

Dated: February 21, 2008

## CERTIFICATE OF SERVICE

I, Brian J. Slipakoff, hereby certify that on February 21, 2008, I caused the foregoing Withdrawal of Appearance to be served via the Court's ECF filing system.

                                                  s/ Brian J. Slipakoff