# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL A. LIBERTY; KEYSTONE VENTURE MANAGEMENT HOLDING, INC., KEYSTONE V MANAGEMENT CO., INC., AND PETER E. LIGETI** | : | **NO. 06-1030** |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 19th day of March, 2008, upon consideration of the status report from plaintiff and the remaining defendant, Michael A. Liberty, dated March 18, 2008,[1] the parties having reported that they have reached an agreement in principle as to the terms of a settlement that the staff of the Securities and Exchange Commission is prepared to recommend to the Commission, and that " . . . it may take several months to complete all of the foregoing and to present the recommendation to the Commission," which must approve the settlement, as a result of which, the parties requested that the scheduling order be suspended so as to permit them to devote their attention to completing the settlement, **IT IS ORDERED** as follows:

1. The Third Amended Scheduling Order dated January 17, 2008, is **VACATED**;

2. The parties, through counsel, shall jointly report to the Court (letter to Chambers, Room 12613), on or before June 18, 2008, with respect to settlement. Any documents requiring

---

[1] A copy of the status report of March 18, 2008, shall be docketed by the Deputy Clerk.

Court approval should be submitted to the Court with the joint report.  If additional time is required, it should be requested in the joint report; and,

3.  A further amended scheduling order will issue in the event the case is not settled.

**BY THE COURT:**

_/s/ Honorable Jan E. DuBois_
**JAN E. DUBOIS, J.**