IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> MICHAEL A. LIBERTY, : <br> KIERAN J. DALE, : <br> KEYSTONE V PARTNERS, L.P., : <br> KEYSTONE VENTURE MANAGEMENT : <br> HOLDINGS, INC., : <br> KEYSTONE V MANAGEMENT CO., INC., : <br> JOHN R. REGAN and : <br> PETER E. LIGETI : <br> : <br> Defendant : <br> : | CIVIL ACTION <br><br> NO. 06-1030 (JD) |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURTS:

        Kindly enter the appearance of Thomas T. Watkinson, II on behalf of defendant Michael A. Liberty.

        Respectfully submitted,

/s/ Thomas T. Watkinson, II
Thomas T. Watkinson, II (PA # 200697)
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4718

*Attorney for Defendant*

Dated: May 1, 2008        Michael A. Liberty

# CERTIFICATE OF SERVICE

I, Thomas T. Watkinson, II, hereby certify that on May 1, 2008, a true and correct copy of the foregoing Entry of Appearance was served upon the following individual via ECF:

Kingdon Kase, Esq.
Securities and Exchange Commission
Philadelphia District Office
Mellon Independence Center
701 Market Street, Suite 2000
Philadelphia, PA 19106-1532


/s/ Thomas T. Watkinson, II
Thomas T. Watkinson, II