IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISION <br> v. <br> MICHAEL A. LIBERTY, ET AL. | CIVIL ACTION <br><br> NO.  06-1030 (JD) |

## ORDER

AND NOW, this _____ Day of _____, 200_ , it is hereby

ORDERED that the application of <u>IVAN B. KNAUER</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# _____

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

### I. APPLICANT'S STATEMENT

I, **IVAN B. KNAUER** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

**A.** I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New York | 1990 | IK-2963 |
| District of Columbia | 1996 | 450681 |
| Massachusetts | 1989 | 554954 |

**B.** I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| District Court of D.C. | 1996 | N/A |
| S.D.N.Y. | 1990 | N/A |
| 1st Cir. | 1990 | N/A |

**C.** I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for **Michael K. _____**

_(Applicant's Signature)_

06/01/2008
(Date)

### APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

600 Fourteenth Street, N.W., Washington, D.C. 20005-2004, (202)220-1219

Sworn and subscribed before me this

1 Day of May, 2008

Cherrell Y. Hennant
Notary Public

Cherrell Y. Hennant
Notary Public, District of Columbia
My Commission Expires 07/14/2011

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __IVAN B. KNAUER__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Thomas T. Watkinson, II | *[signature]* | 11/14/2005 | 200697 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

**SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:**

3000 Two Logan Square, 18th and Arch Streets, Philadelphia, PA 19103-2799 (215) 981-4718

Sworn and subscribed before me this
_1_ Day of _May_, 200_8_

_[signature]_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JEAN M. DICKS, Notary Public
City of Philadelphia, Phila County
My Commission Expires November 21, 2009

# CERTIFICATE OF SERVICE

I, Thomas T. Watkinson, II, hereby certify that on May 1, 2008, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Ivan B. Knauer, accompanying application and proposed order were served upon the following individual via ECF:

Kingdon Kase, Esq.
Securities and Exchange Commission
Philadelphia District Office
Mellon Independence Center
701 Market Street, Suite 2000
Philadelphia, PA 19106-1532

/s/ Thomas T. Watkinson, II
Thomas T. Watkinson, II