APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISION | : | CIVIL ACTION |
| v. | : | |
| MICHAEL A. LIBERTY, ET AL. | : | NO. 06-1030 (JD) |

**FILED**

JUN 0 2008

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

<u>ORDER</u>

AND NOW, this 2ND Day of JUNE, 200 , it is hereby

ORDERED that the application of <u>IVAN B. KNAUER</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.

6/2/08 faxed
Kase, Slipakoff, Fiebach, Dubow,
Tell, Harvey, Watkinson, Dandridge