IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION : <br> : <br> Plaintiff, : <br> : <br> v. : <br> MICHAEL A. LIBERTY, : <br> KIERAN J. DALE, : <br> KEYSTONE V PARTNERS, L.P., : <br> KEYSTONE VENTURE MANAGEMENT : <br> HOLDINGS, INC., : <br> KEYSTONE V MANAGEMENT CO., INC., : <br> JOHN R. REGAN and : <br> PETER E. LIGETI : <br> : <br> Defendants. : <br> : | CIVIL ACTION <br><br> NO. 06-1030 (JD) |

## WITHDRAWAL OF APPEARANCE

To the Clerk of Court:

      Kindly withdraw the appearance of Jay A. Dubow as co-counsel for defendant Michael A. Liberty, in the above-captioned matter.

      /s/ Jay A. Dubow
      Jay. A. Dubow
      Thomas T. Watkinson, II
      PEPPER HAMILTON LLP
      18th & Arch Streets
      Philadelphia, PA 19103
      (215) 981-4000

      Ivan B. Knauer, Esquire
      PEPPER HAMILTON LLP
      600 Fourteenth St., N.W.
      Washington, D.C. 20005-2004
      (202) 220-1219

Dated: June 4, 2008      *Attorneys for Defendant*
      Michael A. Liberty

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Withdrawal of Appearance of Jay A. Dubow has been served electronically and is available for viewing and downloading from the Electronic Case Filing System. I further certify that a true and correct copy of the foregoing was served this 4th day of June, 2008, via electronic service of the Notice of Electronic Case Filing upon the following:

> Kingdon Kase, Esq.
> Securities and Exchange Commission
> Philadelphia District Office
> Mellon Independence Center
> 701 Market Street, Suite 2000
> Philadelphia, PA 19106-1532

> /s/ Thomas T. Watkinson, II
> Thomas T. Watkinson, II