# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL A. LIBERTY; KEYSTONE VENTURE MANAGEMENT HOLDING, INC., KEYSTONE V MANAGEMENT CO., INC., AND PETER E. LIGETI** | : | **NO. 06-1030** |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 19th day of June, 2008, upon consideration of the status report from plaintiff and the remaining defendant, Michael A. Liberty, dated June 18, 2008,[1] the parties having reported that they require at least an additional ninety (90) days to finalize the settlement, **IT IS ORDERED** that the parties, through counsel, shall jointly report to the Court (letter to Chambers, Room 12613) on or before September 17, 2008, with respect to settlement. Any documents requiring Court approval should be submitted to the Court with the joint report. If additional time is required, it should be requested in the joint report.

**BY THE COURT:**

/s/ Honorable Jan E. DuBois
**JAN E. DUBOIS, J.**

---

[1] A copy of the status report of June 18, 2008, shall be docketed by the Deputy Clerk.