

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
PHILADELPHIA REGIONAL OFFICE
MELLON INDEPENDENCE CENTER
701 MARKET STREET
SUITE 2000
PHILADELPHIA, PENNSYLVANIA 19106-1532

KINGDON KASE
SENIOR TRIAL COUNSEL
(215) 597-0794
kasek@sec.gov

June 17, 2009

VIA FACSIMILE (215) 580-2141

Honorable Jan E. DuBois
12613 United States Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**FILED**

JUN 17 2009

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Re: **SEC v. Michael A. Liberty, et al.**
Civil Action No. 06-1030 (E.D. PA) (JD)

Dear Judge DuBois,

I am providing you with this joint report on behalf of the plaintiff, Securities and Exchange Commission ("Commission"), and defendant Michael A. Liberty. As we have previously reported, these parties have reached an agreement in principle as to the terms of a settlement that the staff of the Commission is prepared to recommend to the Commission. As I noted in the last joint report submitted to the Court on March 17, 2009, additional time was necessary for the Commission staff to review financial information that Mr. Liberty provided to it on Wednesday, March 11, 2009. After reviewing the materials provided, the staff requested that Mr. Liberty clarify and update certain of the information concerning his complex financial arrangements. On Monday, June 15, 2009, counsel for Mr. Liberty submitted to the staff proposed materials intended to address the staff's request. The staff currently is evaluating that information so that it can complete its settlement recommendation, and obtain Commission approval. Under the circumstances, the parties jointly request that the Court continue this case for an additional 90 days, at which time the parties will again report to the Court regarding the status of the settlement.

Very truly yours,

Kingdon Kase

cc: Ivan B. Knauer, Esquire (via facsimile)