IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **MICHAEL A. LIBERTY; KEYSTONE VENTURE MANAGEMENT HOLDING, INC., KEYSTONE V MANAGEMENT CO., INC., AND PETER E. LIGETI** : <br> Defendants. : <br> : | CIVIL ACTION <br><br><br><br><br> NO. 06-1030 |

**O R D E R**

**AND NOW**, this 16th day of September, 2009, upon consideration of the status report from plaintiff and the remaining defendant, Michael A. Liberty, dated September 16, 2009,[1] in which report the parties jointly requested "that the Court continue this case for an additional 90 days, at which time the parties will again report to the Court regarding the status of the settlement," **IT IS ORDERED** that the parties, through counsel, shall jointly report to the Court (letter to Chambers, Room 12613) on or before December 14, 2009, with respect to settlement. Any documents requiring Court approval should be submitted to the Court with the joint report. If additional time is required, it should be requested in the joint report.

                                        **BY THE COURT:**

                                        _/s/ Jan E. DuBois_
                                            **JAN E. DUBOIS, J.**

---

[1] A copy of the status report of September 16, 2009, shall be docketed by the Deputy Clerk.