**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE** | : | |
| **COMMISSION,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 06-1030** |
| | : | |
| **MICHAEL A.  LIBERTY, et al.** | : | |

## **ORDER**

This 7th day of March, 2022, it is hereby **ORDERED** that Plaintiff SEC's petition for contempt of the Consent and Final Judgment (originally filed at ECF 83) against Defendant Michael Liberty is **GRANTED**.  Defendant Liberty is hereby **ORDERED** to pay $5,356,335 in reinstated disgorgement.  Defendant Liberty is also **ORDERED** to pay a civil penalty in the amount of $4,049,000.  Furthermore, Defendant Liberty is **ORDERED** to pay post-judgment interest upon both of these amounts, running from the original entry of Final Judgment on June 9, 2010, through to the date of this Order.  The SEC shall submit a proposed calculation of interest.

/s/ Gerald Austin McHugh
United States District Judge