# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : : : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 06-1030** |
| | : | |
| **MICHAEL A. LIBERTY, et al.** | : | |

## ORDER

This 25th of May, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant Michael Liberty's Motion for Relief under Rule 60(b), ECF 183, is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge